[No. 69949-1-I.   Division One.   December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. OLLIE FANIEL RICHARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00103-7, Bill Bowman, J., entered January 11, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 69959-8-I.   Division One.   December 23, 2013.]

GREGORY H. KIRSCH, *Appellant*, v. CRANBERRY FINANCIAL, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-2-00142-8, Charles R. Snyder, J., entered February 8, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 69995-4-I.   Division One.   December 23, 2013.]

ROXANNA VEISEH, *Respondent*, v. SOHRAB DANESHFAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-06475-4, Carlos Velategui, J. Pro Tem., entered February 12, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 30706-9-III.   Division Three.   December 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MARTINEZ, II, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 08-1-00165-0, Donald W. Schacht, J., entered March 12, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Siddoway and Fearing, JJ.